JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD GIFFORD, | Case No.: CV10-8040-CAS(JCGx) |
| Plaintiff, | ORDER |
| v. | |
| MIDLAND CREDIT MANAGEMENT, INC., | |
| Defendant. | |

## PROPOSED ORDER OF STIPAULATION TO DISMISS

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: December 13, 2011

*/s/ Christina A. Snyder*
_____
Hon. Christina A. Snyder
United States District Judge

- 1 -